UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
FORT WAYNE DIVISION

| | |
|---|---|
| JAMES M. FENSKE,<br><br>    Plaintiff,<br><br>v.<br><br>MUTUAL MANAGEMENT SERVICES, LLC,<br><br>    Defendant. | Case No. 1:18-cv-00154-TLS-SLC<br><br>Hon. Judge Theresa L. Springmann |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST MUTUAL MANAGEMENT SERVICES, LLC ON A SUM CERTAIN**

NOW comes JAMES M. FENSKE ("Plaintiff"), by and through his attorneys, Sulaiman Law Group, Ltd. ("Sulaiman") and pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, requesting that this Honorable Court enter a Default Judgment against MUTUAL MANAGEMENT SERVICES, LLC ("Defendant") and in support thereof, stating as follows:

1. On May 30, 2018, Plaintiff filed his Complaint for Relief Pursuant to the Fair Debt Collection Practices Act ("FDCPA") against Defendant. The basis of Plaintiff's Complaint is that Defendant violated the FDCPA through its collection activities. Chiefly, Plaintiff alleges that Defendant engaged in deceptive and misleading collection activity against Plaintiff by sending collection letters to him with conflicting information.

2. With his Complaint, Plaintiff filed a proposed summons addressing it to Defendant's Registered Agent, Rafael C. Ortiz, at 6447 Miami Lakes Drive, East Suite 200C, Miami Lakes, FL 33014. *See attached* Exhibit A which contains a copy of Defendant's business information found on the Florida's Department of State's webpage.

1

3.  On June 5, 2018, Plaintiff sent Summons and Complaint to his process server to have service effectuated upon Defendant.

4.  Plaintiff's process server has made several attempts to serve Defendant's registered agent at the address listed on the Summons. However, whenever a process server has attempted to serve Defendant they find Defendant's office is closed. The process servers have spoken to several of Defendant's neighbors and have been told that they have not seen anyone at Defendant's office for several months.

5.  After making 12 attempts to serve Defendant, on December 3, 2018, Plaintiff filed an Alias Summons addressing it to Defendant's Registered Agent, Raphael C. Ortiz, at his residential address. [Dkt No. 8].

6.  On December 6, 2018, Defendant's Registered Agent, Raphael C. Ortiz, was served with a copy of the Alias Summons and Complaint.

7.  On December 27, 2018, Defendant's time to answer or otherwise plead elapsed.

8.  On February 7, 2019, after Defendant failed to answer or otherwise plead, Plaintiff filed a Motion for Entry of Default.  Attached to the Motion for Entry of Default was an affidavit signed by the undersigned counsel attesting that service had properly been effectuated and Defendant was not in member of a protected category.  A copy of Plaintiff's Motion for Entry of Default was mailed, emailed and faxed to Defendant.

9.  On February 8, 2019, this Honorable Court granted an Entry of Default against Defendant.

10. Having gained an Entry of Default against Defendant, Plaintiff now moves this Honorable Court to enter a Default Judgment on a Sum Certain against Defendant and in favor of Plaintiff.

11. Defendant is aware of the instant proceedings and has willfully chosen not toenter the case despite proper service.

12. Plaintiff seeks statutory damages pursuant to 15 U.S.C. §1692k (a)(2)(A) and payment of his costs and reasonable attorney fees pursuant to 15 U.S.C. §1692k(a)(3).

## STATUTORY DAMAGES

13. Plaintiff seeks statutory damages of the maximum allowed under the FDCPA, $1,000.00, pursuant to 15 U.S.C. §1692k(a)(2)(A). Based on Defendant's conduct, Plaintiff believes this Honorable Court should not hesitate to impose liability onDefendant to the fullest extent of the law. Defendant's conduct displays a reckless disregard for the FDCPA. Defendant violated the FDCPA by sending Plaintiff confusing and misleading collection letters in an attempt to coerce Plaintiff into making a payment ona consumer debt.

14. Defendant has clearly demonstrated a lack of respect for the law and legal process. It has hadnotice of this lawsuit. Rather than avail itself ofthe legal process, Defendant has willfully chosen not to participate and as such has waived its right to be given any benefit by this Honorable Court.

## ATTORNEY FEES AND COSTS

15. Plaintiff seeks $4,198.60 in reasonable attorney fees and costs pursuant to15 U.S.C. §1692k(a)(3). *See* attached Exhibit B is a true and correct itemization of Plaintiff's reasonable attorney fees and costs and attached Exhibit C is a true and correct copy of an affidavit endorsed by the undersigned.

WHEREFORE, Plaintiff JAMES M. FENSKE, respectfully requests that this Honorable Court enter judgment in his favor as follows:

   a. Entering a Default Judgment against MUTUAL MANAGEMENT SERVICES, LLC and in favor of Plaintiff;

   b. Awarding Plaintiff statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A) against MUTUAL MANAGEMENT SERVICES, LLC and in favor of Plaintiff;

c.  Awarding Plaintiff $4,198.60 in costs and reasonable attorney fees pursuant to 15 U.S.C. §1692k(a)(3) against MUTUAL MANAGEMENT SERVICES, LLC and in favor of Plaintiff;

d.  Allowing judgment interest to be added; and

e.  Awarding any other relief as this Honorable Court deems just and appropriate.

Dated: February 13, 2019              Respectfully submitted,

s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*
Admitted in the Northern District of Indiana
Sulaiman Law Group, Ltd.
2500 Highland Avenue, Suite 200
Lombard, Illinois 60148
(630) 568-3056 (phone)
(630) 575-8188 (fax)
nvolheim@sulaimanlaw.com

**CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys for Plaintiff, certifies that February 13, 2019, he caused a copy of the foregoing PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST MUTUTAL MANAGEMENT SERVICES, LLC ON A SUM CERTAIN, to be served by U.S. Certified mail, electronic mail and fax on:

Mutual Management Services, LLC
2791 NE 2nd Drive
Homestead, FL 33033
collections@mutualmgmt.com

Mutual Management Services, LLC
c/o Registered Agent
Rafael C. Ortiz
6447 Miami Lakes Dive, East Suite 200C
Miami Lakes, FL 33014
Fax: (786) 999-8573

s/ Nathan C. Volheim
Nathan C. Volheim, Esq.