# Exhibit A



Department of State  /  Division of Corporations  /  Search Records  /  Detail By Document Number  /

## Detail by Entity Name

Florida Limited Liability Company
MUTUAL MANAGEMENT SERVICES, LLC.

**Filing Information**

| | |
|---|---|
| **Document Number** | L08000015998 |
| **FEI/EIN Number** | 41-2268887 |
| **Date Filed** | 02/13/2008 |
| **Effective Date** | 02/13/2008 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

6447 MIAMI LAKES DR. EAST
SUITE, 200C
MIAMI LAKES, FL 33014

Changed: 01/15/2009

**Mailing Address**

6447 MIAMI LAKES DR. EAST
SUITE, 200C
MIAMI LAKES, FL 33014

Changed: 01/15/2009

**Registered Agent Name & Address**

ORTIZ, RAFAEL C
6447 MIAMI LAKES DR. EAST
SUITE, 200C
MIAMI LAKES, FL 33014

Address Changed: 01/15/2009

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

ORTIZ, RAFAEL C
6447 MIAMI LAKES DR. EAST #200C
MIAMI LAKES, FL 33014

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2016 | 01/22/2016 |
| 2017 | 01/24/2017 |
| 2018 | 01/16/2018 |

## Document Images

| | |
|---|---|
| 01/16/2018 -- ANNUAL REPORT | View image in PDF format |
| 01/24/2017 -- ANNUAL REPORT | View image in PDF format |
| 01/22/2016 -- ANNUAL REPORT | View image in PDF format |
| 02/04/2015 -- ANNUAL REPORT | View image in PDF format |
| 03/04/2014 -- ANNUAL REPORT | View image in PDF format |
| 01/24/2013 -- ANNUAL REPORT | View image in PDF format |
| 03/27/2012 -- ANNUAL REPORT | View image in PDF format |
| 01/04/2011 -- ANNUAL REPORT | View image in PDF format |
| 03/29/2010 -- ANNUAL REPORT | View image in PDF format |
| 01/15/2009 -- ANNUAL REPORT | View image in PDF format |
| 02/13/2008 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations