# Exhibit B

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

JAMES M. FENSKE,

    Plaintiff,

v.

MUTUAL MANAGEMENT SERVICES, LLC,

    Defendant.

Case No. 1:18-cv-00154-TLS-SLC

Hon. Judge Theresa L. Springmann

## ATTORNEY FEES AND COSTS

**Attorney Fees:**

| Date | Description | Attorney/Staff | Rate | Time | Amount |
| --- | --- | --- | --- | --- | --- |
| 5/28/2018 | Reviewed of documents verify potential causes of action | Nathan Volheim | $375.00 | 0.5 | $187.50 |
| 5/28/2018 | Researched proper defendant | Nathan Volheim | $375.00 | 1.0 | $375.00 |
| 5/28/2018 | Verified facts to determine if all elements of FDCPA are present | Nathan Volheim | $375.00 | 0.5 | $187.50 |
| 5/28/2019 | Drafted Complaint | Nathan Volheim | $375.00 | 2.0 | $750.00 |
| 5/29/2018 | Final revisions of Complaint | Nathan Volheim | $375.00 | 0.5 | $187.50 |
| 5/29/2018 | Filed Complaint, Issued Summons and sent to process server | Kiran Wadia | $125.00 | 1.0 | $125.00 |
| 6/14/2018 | Reached out to process server to check the status of summons | Kiran Wadia | $125.00 | 0.2 | $25.00 |
| 7/9/2018 | Reached out to process server to check the status of summons | Kiran Wadia | $125.00 | 0.2 | $25.00 |
| 7/28/2018 | Reached out to process server to check the status of summons | Kiran Wadia | $125.00 | 0.2 | $25.00 |
| 8/10/2018 | Reached out to process server to check the status of summons | Kiran Wadia | $125.00 | 0.2 | $25.00 |
| 8/28/2018 | Reached out to process server to check the status of conference | Kiran Wadia | $125.00 | 0.2 | $25.00 |
| 9/12/2018 | Reached out to process server to check the status of conference | Kiran Wadia | $125.00 | 0.2 | $25.00 |

| 10/1/2018 | Reached out to process server to check status of service | Kiran Wadia | $125.00 | 0.2 | $25.00 |
| 10/24/2018 | Drafted Status Report on status of service | Kiran Wadia | $125.00 | 0.5 | $62.50 |
| 11/26/2018 | Spoke to process server on status of service | Kiran Wadia | $125.00 | 0.2 | $25.00 |
| 12/3/2018 | Filed Alias Summons with Court | Kiran Wadia | $125.00 | 0.2 | $25.00 |
| 12/4/2018 | Sent alias summons and complaint to Process server | Kiran Wadia | $125.00 | 0.2 | $25.00 |
| 1/8/2019 | Filed executed summons with Court | Kiran Wadia | $125.00 | 0.2 | $25.00 |
| 2/7/2019 | Draft Motion for Entry of Default Judgment | Nathan Volheim | $375.00 | 1.0 | $375.00 |
| 2/7/2019 | Filed Motion for Entry of Default Judgment and sent to Defendant via mail, fax and email | Kiran Wadia | $125.00 | 1.0 | $125.00 |
| 2/11/2019 | Drafted Motion for Default Judgement | Nathan C. Volheim | $375.00 | 2.0 | $750.00 |
| | | | | | $3,400.00 |

**Costs:**
Filing Fee                                                                $   400.00
Service(R.O.S. Consulting, Inc.)                                          $   385.00
Mailing Cost                                                              $    13.60
**Total Costs:**                                                          **$   798.60**

**Grand Total**
Attorney Fees                                                             $ 3,400.00
Costs                                                                     $   798.60
**Total**                                                                 **$ 4,198.60**