# Exhibit C

Recording from March 9, 2018

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
FORT WAYNE DIVISION

| | |
|---|---|
| JAMES M. FENSKE,<br><br>　　　Plaintiff,<br><br>v.<br><br>MUTUAL MANAGEMENT SERVICES, LLC,<br><br>　　　Defendant. | Case No. 1:18-cv-00154-TLS-SLC<br><br>Hon. Judge Theresa L. Springmann |

**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST MUTUAL MANAGEMENT SERVICES, LLC ON A SUM CERTAIN**

I, Nathan C. Volheim, being duly sworn, state as follows:

1. I am the attorney for Plaintiff in the above-entitled action and as such, I am familiar with the billing, records, events, and pleadings in this matter.

2. The Summons and Complaint were served upon Defendant on December 6, 2018.

3. A responsive pleading to the Complaint was due on December 27, 2018. No response was tendered within the time allowed by law nor has the Defendant sought additional time within which to respond.

4. The default of Defendant was entered on February 8, 2019.

5. As required by the Service Members Civil Relief Act of 2003, I have confirmed that the Defendant is not currently in active military service.

6. To my best information and belief, Defendant is not an infant or an incompetent person. Plaintiff's primary claims are for statutory damages under the Fair Debt Collection Practices Act of $1,000.00 as provided under 15 U.S.C. §1692k (a)(2)(A).

1

7. Plaintiff seeks reasonable costs and attorney fees of $4,198.60 as provided under 15 U.S.C. §1692k(a)(3). Billing has been kept by an electronic billing system and is reasonable for an attorney with similar experience.

8. The Plaintiff is requesting the entry of judgment in the total amount of $5,198.60 against the Defendant for its violations of law.

_____
Nathan C. Volheim, Esq. #6302103
Counsel for Plaintiff

**SWORN TO AND SUBSCRIBED** before me this 13th day of February, 2019.

_____
Notary

My commission expires November 15, 2020.

"OFFICIAL SEAL"
KIRAN WADIA
Notary Public, State of Illinois
My Commission Expires 11/15/2020

2